**AQUATIC LODGING, L.L.C.,
Plaintiff–Appellant**

v.

**BAYOU BOYS BOAT RENTAL,
L.L.C., Defendant–Appellee.**

No. 11–20145.

United States Court of Appeals,
Fifth Circuit.

Nov. 10, 2011.

Corey Evan Dunbar, Esq., George Pivach, II, Esq., Pivach, Pivach, Hufft, Thrif-

filey & Nolan, L.L.C., Belle Chasse, LA, for Plaintiff–Appellant.

Robert John Diliberto, Esq., Damon Alexander Kirin, Joshua Hillel Weis, Diliberto & Kirin, L.L.C., Metairie, LA, for Defendant–Appellee.

Before JONES, Chief Judge, and DAVIS and DeMOSS, Circuit Judges.

PER CURIAM: *

The court has considered this appeal in light of the briefs, oral argument, and pertinent portions of the record. There being no reversible error, the judgment of the district court is AFFIRMED. *See* 5TH CIRCUIT LOC. RULE 47.6.

---

9. *Wolff*, 418 U.S. at 570, 94 S.Ct. 2963.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.